**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 15-40550-PWB |
| Dion Harlan Hughes ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

**EX PARTE MOTION FOR AN ORDER REOPENING CASE TO PURSUE SANCTIONS FOR VIOLATIONS OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND VIOLATIONS OF THE 11 U.S.C. § 362 AND THE DISCHARGE INJUNCTION PROVIDED BY 11 U.S.C. § 524(i)**

COMES NOW the above-named debtor by and through his attorney of record, and respectfully moves the Court pursuant to Section 350(b) of Title 11 of the United States Code, Rule 9024 of the Rules of Bankruptcy Procedure, and Rule 60 of the Federal Rules of Civil Procedure for the entry of an ex parte order to REOPEN this case in order that he may pursue Stay and Discharge violations against one or more creditors who were scheduled and participated in Debtor's chapter 13.

The Debtor shows that he filed the instant case on March 10, 2015. Bank of America, was scheduled as having a claim secured by Debtor residence in the amount of $116,940.00. (See Docket #1, Page 12, Sched. D). BoA filed a proof of claim on June 23, 2015. Claim 7. In its proof of claim, BoA recorded $2,532.59 as the amount necessary to cure the default present at the inception of the case. The sum claimed was comprised of one monthly payment in the amount of $1,974.78, an escrow shortage of $413.48, insufficient fund fees in the amount of $15.00, late charges in the amount of $180.30, minus unapplied funds in the amount of $50.97. Claim 7, Page 5. The chapter 13 trustee paid Carrington's claim in its entirety.

On December 23, 2015, BoA filed its Transfer of Claim to Carrington Mortgage Services, LLC ("Carrington") for the servicing of Debtor's first mortgage, reflected in Claim 7.

1

The Court entered an Order of Discharge on January 22, 2019. The claim of Carrington however was not subject to discharge under 11 U.S.C. § 1328(c)(1). Since discharge, Debtor's counsel has since obtained information that indicates that Debtor's mortgage servicers charged and collected fees from the Debtor beyond the scope of the proofs of claim or any order of this Court in violation of terms of the Confirmed Plan, 11 U.S.C. §§ 362(a)(3) and 524(i). Debtor is being deprived of the fresh start assured to him under the law and incurring costs and other actual damages. Debtor alleges that it would be in the interest of justice to reopen this case and allow him to proceed with the legal action described and he so moves the Court for such relief and for such additional relief as the Court may deem just and proper. Pursuant to 28 U.S.C. § 1930 a fee to reopen should not be charged to the debtor, since this matter relates to his discharge.

This 29th day of August, 2019.

/s/
Matthew T. Berry, Bar #055663
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3334
Fax (404) 235-3333
matt@mattberry.com

2

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have on this day served all parties identified herein with a true and correct copy of the foregoing pleading by placing the same in a properly addressed and posted envelope.

Mary Ida Townson
Chapter 13 Trustee
285 Peachtree Center Ave NE
Suite 1600
Atlanta, GA 30303

Office of the United States Trustee
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Dion Harlan Hughes
43 Temperence Way
Hiram, Georgia 30141

BANK OF AMERICA
Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305-1623

CARRINGTON MORTGAGE SERVICES,
LLC Bankruptcy Department
1600 South Douglass Road
Anaheim, CA 92806-5951

All Creditors identified on attached Matrix.

This 29th day of August, 2019.

_____/s/_____

3

Matthew T. Berry, Bar #055663
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3334
Fax (404) 235-3333
matt@mattberry.com

4

```
Label Matrix for local noticing         ACS                                     AT&T
113E-4                                  PO Box 78008                            14200 E. Exposition Ave
Case 15-40550-pwb                       Phoenix, AZ 85062-8008                  Aurora, CO 80012-2540
Northern District of Georgia
Rome
Thu Aug 29 16:48:40 EDT 2019

Acs/jpmchase                            American InfoSource LP as agent for     Appelles
501 Bleecker St                         Midland Funding LLC                     195 West Schrock R
Utica, NY 13501-2401                    PO Box 268941                           Westerville, OH 43081-2890
                                        Oklahoma City, OK  73126-8941


Aspire                                  BANK OF AMERICA                         BANK OF AMERICA, N.A.
Pob 105555                              Fifteen Piedmont Center                 ATTN: BANKRUPTCY DEPARTMENT
Atlanta, GA 30348-5555                  3575 Piedmont Road, N.E.                P.O. BOX 5170
                                        Suite 500                               SIMI VALLEY, CA 93062-5170
                                        Atlanta, GA 30305-1623

Bank of America                         Barclays Bank Delaware                  Carolee Berasi
Attn: Correspondence Unit/CA6-919-02-41 Attn: Bankruptcy                        Shelton, Harrison & Pinson LLC
PO Box 5170                             P.O. Box 8801                           701 Highlander Blvd, Suite 270
Simi Valley, CA 93062-5170              Wilmington, DE 19899-8801               Arlington, TX 76015-4600


Matthew Thomas Berry                    CARRINGTON MORTGAGE SERVICES, LLC       CERASTES, LLC
Matthew T. Berry & Associates           Bankruptcy Department                   C O WEINSTEIN & RILEY, PS
Suite 600                               1600 South Douglass Road                2001 WESTERN AVENUE, STE 400
2751 Buford Highway, NE                 Anaheim, CA 92806-5951                  SEATTLE, WA 98121-3132
Atlanta, GA 30324-5457

Capital One                             Carrington Mortgage Services, LLC       Carrington Mortgage Services, LLC , its assi
Attn: Bankruptcy                        1600 South Douglass Road                c/o Prober & Raphael, ALC
PO Box 30285                            Anaheim, CA 92806-5951                  20750 Ventura Blvd., Suite 100
Salt Lake City, UT 84130-0285                                                   Woodland Hills, CA 91364-6207


Cavalry SPV I, LLC                      Cb/marathn                              Chase- Tjx
500 Summit Lake Drive, Ste 400          Po Box 182789                           Chase Card Svcs/Attn:Bankruptcy Dept
Valhalla, NY 10595-2321                 Columbus, OH 43218-2789                 PO Box 15298
                                                                                Wilmington, DE 19850-5298


Collegiate Funding Svc                  Connecticut General Life Insurance      Credit One Bank
201 N Central Ave                       Bourbonnais Claim Ofifce                PO Box 98873
Phoenix, AZ 85004-8001                  PO Box 182223                           Las Vegas, NV 89193-8873
                                        Chattanooga, TN 37422-7223


Jayson R. Davis                         Educational Credit Management Corporation   (p)FORD MOTOR CREDIT COMPANY
Matthew T. Berry & Associates           P.O. Box 16408                          P O BOX 62180
Suite 600                               St. Paul, MN 55116-0408                 COLORADO SPRINGS CO 80962-2180
2751 Buford Highway NE
Atlanta, GA 30324-5457

Fst Premier                             GECRB/JC Penny                          GECRB/Lowes
3820 N Louise Ave                       Attention:  Bankruptcy                  Attention:  Bankruptcy Department
Sioux Falls, SD 57107-0145              PO Box 103104                           PO Box 103104
                                        Roswell, GA 30076-9104                  Roswell, GA 30076-9104
```

| | | |
|---|---|---|
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Greystone Power Corp<br>PO Box 6071<br>Douglasville, GA 30154-6071 | Hsbc/tax<br>90 Christiana Road<br>New Castle, DE 19720-3118 |
| Dion Harlan Hughes<br>43 Temperence Wy.<br>Hiram, GA 30141-2900 | Hyundai Capital America DBA<br>Hyundai Motor Finance<br>PO Box 20809<br>Fountain Valley, CA 92728-0809 | Hyundai Finc<br>Attn: Bankruptcy<br>POB 20809<br>Fountain Valley, CA 92728-0809 |
| (p)HYUNDAI MOTOR FINANCE COMPANY<br>PO BOX 20809<br>FOUNTAIN VALLEY CA 92728-0809 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N. A.<br>on behalf of MHEAC d/b/a ASA<br>100 Cambridge Street, Suite 1600<br>Boston, MA 02114-2518 |
| Brian K. Jordan<br>Aldridge Pite, LLP<br>Suite 500 - Fifteen Piedmont Center<br>3575 Piedmont Road, NE<br>Atlanta, GA 30305-1636 | Khristie Lee Kelly<br>Berry & Associates<br>Suite 600<br>2751 Buford Hwy<br>Atlanta, GA 30324-5457 | Land Rover<br>PO Box 6275<br>Dearborn, MI 48121-6275 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Marathon Ash<br>539 S Main St<br>Room 1014M<br>Findlay, OH 45840-3229 | McCullough, Payne & Haan, LLC<br>271 17th Street, NW<br>Suite 2200<br>Atlanta, GA 30363-6213 |
| Merrick Bk<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Fund<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Betty Nappier<br>Law Office of B. A. Nappier<br>P. O. Box 2823<br>Cumming, GA 30028-6510 |
| Timothy Howell Paschall<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway NE<br>Atlanta, GA 30324-5457 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Dean R. Prober<br>Prober & Raphael, A Law Corporation<br>Suite 100<br>20750 Ventura Blvd.<br>Woodland Hills, CA 91364-6207 |
| John D. Schlotter<br>Aldridge Pite, LLP<br>Fifteen Piedmont Center Suite 500<br>3575 Piedmont Rd., NE<br>Atlanta, GA 30305-1636 | Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave, NE<br>Atlanta, GA 30303-1229 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 |
| Us Dept Of Education<br>Attn: Bankruptcy<br>PO Box 16448<br>Saint Paul, MN 55116-0448 | Webbnk/fhut<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Ford Motor Credit Corporation         Georgia Department of Revenue          (d)Georgia Department of Revenue
Ford Motor Credit                     Bankruptcy Unit                        Compliance Division - ARCS
PO Box 6275                           1800 Century Blvd, NE, Ste 17200       1800 Century Blvd NE Suite 9100
Dearborn, MI 48121                    Atlanta, GA 30345                      Atlanta, GA 30345-3205


Hyundai Motor Finance                 Portfolio Recovery                     (d)Portfolio Recovery Associates, LLC
PO Box 9001101                        Attn: Bankruptcy                       POB 41067
Louisville, KY 40290-1101             PO Box 41067                           Norfolk VA 23541
                                      Norfolk, VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Bank Of America, N.A.,             (d)Carrington Mortgage Services, LLC   (d)Educational Credit Management Corporation
                                      1600 South Douglass Road               P.O. Box 16408
                                      Anaheim, CA 92806-5951                 St. Paul, MN 55116-0408
```

```
End of Label Matrix
Mailable recipients    55
Bypassed recipients     3
Total                  58
```